IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOSEPH P. TOTORO, II, <br><br> *Defendant.* | CRIMINAL ACTION <br> NO. 15-291 |

## ORDER

**AND NOW**, this 9th day of September, 2016, upon consideration of Catherine C. Henry's Motion to Withdraw as Attorney, (ECF No. 45), the United States of America's Response, (ECF No. 46), and following a hearing on the motion, (ECF No. 49), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1