IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH P. TOTORO, II,<br><br>        *Defendant.* | CRIMINAL ACTION<br>NO. 15-291 |

## ORDER

**AND NOW**, this 10th day of January, 2017, upon consideration of Joseph Totoro's Motion to Suppress, (ECF No. 65), the United States of America's Response, (ECF No. 66), and following a hearing on the motion, (ECF No. 70), it is hereby **ORDERED** that the motion is **DENIED**.

                                                  BY THE COURT:

                                                  ***/s/ Gerald J. Pappert***
                                                  GERALD J. PAPPERT, J.