IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH P. TOTORO, II | No. 15-cr-291<br>21-cv-937 |

## ORDER

**AND NOW**, this fifth day of October 2021, following an evidentiary hearing (ECF 233), and upon consideration of Joseph Totoro's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF 219), the Government's Response (ECF 225), Totoro's post-hearing brief (ECF 236) and the Government's supplemental response (ECF 238), it is hereby **ORDERED** that Totoro's Motion is **DENIED** and a **certificate of appealability SHALL NOT** issue. The clerk of court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1